# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2022

## NO.  03-22-00189-CV

**S. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
VACATED AND DISMISSED FOR WANT OF JURISDICTION
OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on April 7, 2022.  Having reviewed the record, the Court holds that there was error in the order as the trial court lacked jurisdiction over the cause when it signed the order.  Therefore, the Court vacates the trial court's order and dismisses the underlying cause for want of jurisdiction.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.